KEVIN V. RYAN (CASBN 118321)
United States Attorney



SEALED BY ORDER OF COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06 00484 JF |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. § 1832(a)(1) - Theft of Trade Secrets; 18 U.S.C. § 2314 - Foreign Transportation of Stolen Property; 18 U.S.C. § 1834 - Criminal Forfeiture |
| v. | ) | |
| MAN WANG, | ) | SAN JOSE VENUE |
| Defendant. | ) | FILED UNDER SEAL |

INFORMATION

The United States Attorney charges:

Introduction

1. At all times relevant to this Indictment:

a. Kilopass, Inc. ("Kilopass") was a privately-owned, Santa Clara, California-based company in the business of developing and licensing memory technology. Kilopass has received sixteen (16) United States patents and approximately fifty (50) international patents for its memory technology.

2. In 2004, Kilopass formed KLP Logic, Inc. ("KLP") to focus on developing a memory chip with Kilopass' patented memory technologies. In July 2005, KLP spun off from Kilopass into a separate privately-owned company.

UNITED STATES V. MAN WANG
INFORMATION

Unsealed per dkt# 22

3. Kilopass hired defendant MAN WANG in June 2003 to assist in the development of the memory chip. When KLP was spun off, WANG became an employee of KLP. WANG was the head of engineering at KLP and in charge of developing the memory chip. This chip was intended to be sold and shipped in interstate and foreign commerce. As a KLP employee, WANG agreed to abide by the company's term and policies to maintain the confidentiality of its proprietary information, and to avoid disclosure of any trade secrets to a third party.

4. In December 2005, WANG resigned his position with KLP. On January 1, 2006, WANG founded Aurora Semiconductor, Inc., a company that was in the business of developing a memory chip extremely similar to the one developed by KLP.

<u>Downloading of Proprietary Information</u>

5. In or about July 2005, while still a KLP employee, WANG used his position as head of engineering to authorize the transfer of eight (8) gigabytes of KLP proprietary information onto his personal Sony laptop computer, Model No. PCG9SIL, Serial No. 2-320-98401, despite the fact that he had a KLP laptop computer. At all times relevant to this Information, WANG continued to store this information on his personal laptop computer.

<u>Travel to the People's Republic of China</u>

6. Between January 16, 2006 and February 7, 2006, WANG traveled to, and around, the People's Republic of China ("China") with his personal Sony laptop computer in an effort to generate business for his company, Aurora Semiconductor. WANG's personal laptop computer contained the information that WANG had improperly downloaded from KLP.

<u>COUNT ONE</u>: (18 U.S.C. § 1832(a)(3) – Possession of Stolen Trade Secrets)

7. Paragraphs One through Six are realleged and incorporated as if fully set forth here and in Count One set forth below

8. In or about December 2005, in the Northern District of California and elsewhere, the defendant

MAN WANG,

with intent to convert a trade secret to the economic benefit of someone other than the owner thereof, specifically, a method for reducing the number of configuration bits associated with the

logic element of a field programmable gate array, which trade secrets were related to and included in a product that was produced for and placed in interstate and foreign commerce, receive, buy or possess such information, knowing tat information to have been stolen or appropriated, obtained, or converted without authorization, and intending and knowing that his possession and theft would injure KLP.

All in violation of Title 18, United States Code, Section 1832(a)(1).

COUNT TWO: (18 U.S.C. § 2314 - Foreign Transportation of Stolen Property)

9. Paragraphs One through Eight are realleged and incorporated as if fully set forth here and in Count Two set forth below.

10. Between January 16, 2006 and February 7, 2006, in the Northern District of California and elsewhere, the defendant

MAN WANG,

did knowingly transport, transmit, and transfer in foreign commerce goods, wares, and merchandise of a value of more than $5,000, knowing them to have been stolen, converted and taken by fraud.

11. Specifically, defendant MAN WANG knowingly transported, transmitted, and transferred in foreign commerce in China documents and trade secrets belonging to KLP, including a method for reducing the number of configuration bits associated with the logic element of a field programmable gate array.

All in violation of Title 18, United States Code, Section 2314.

FORFEITURE ALLEGATIONS: (18 U.S.C. § 1834 - Criminal Forfeiture)

12. The factual allegations contained in Paragraphs One through Eleven of this Information are realleged and incorporated herein.

13. Upon conviction of the offenses alleged in Counts Thirteen through Fifteen, or any of them, the defendant

MAN WANG

shall forfeit to the United States any property used, or intended to be used, in any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said

UNITED STATES V. MAN WANG
INFORMATION

1  violation, including but not limited to the following property:

2      a.         Sony laptop computer, Model No. PCG9SIL, Serial No. 2-320-98401; and

3      b.         Computer floppy diskettes and compact discs that were seized at defendant's

4          residence.

5  All in violation of Title 18, United States Code, Section 1834.

7  DATED: 7/12/06

        KEVIN V. RYAN
        United States Attorney

        _____
        MATTHEW A. PARRELLA
        Chief, San Jose Division

12 (Approved as to form: _____)
                        AUSA CHEW

UNITED STATES V. MAN WANG
INFORMATION

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

| BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING |
|---|

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

JUL 12 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
Count One: 18 U.S.C. 1832(a)(3);
Count Two: 18 U.S.C. 2314

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT - U.S.**
▶ Man Wang

**DISTRICT COURT NUMBER**
CR 06 00484 JF

*SEALED BY ORDER OF COURT*

**PENALTY:**
Counts One and Two: 10 years imprisonment
$250,000 fine
3 years supervised release
$100 mandatory special assessment

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Hanley Chew

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes  ☐ No
If "Yes" give date filed _____
Month/Day/Year

DATE OF ARREST ▶ _____

Or... if Arresting Agency & Warrant were not
Month/Day/Year
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance
Defendant Address:
12239 Atrium Circle
Saratoga, California 95070

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: September 14, 2006 9:30am
Before Judge: Howard R. Lloyd

Comments: